IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| ROBERT WASHBURN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 07-766-KI |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| COMMISSIONER of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Tim Wilborn
Wilborn Law Office, P.C.
19093 S. Beavercreek Road, PMB #314
Oregon City, Oregon  97045

    Attorney for Plaintiff

Karin J. Immergut
United States Attorney
District of Oregon
Britannia I. Hobbs
Assistant United States Attorney
1000 S. W. Third Avenue, Suite 600
Portland, Oregon  97204-2902

Page 1 - JUDGMENT

David M. Blume
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 5th Avenue, Suite 2900 M/S 901
Seattle, Washington 98104-7075

    Attorneys for Defendant

KING, Judge:

    Based on the record,

    The decision of the Commissioner is hereby REVERSED, and this case is REMANDED to the Commissioner for further proceedings.

    Dated this ___18th___ day of June, 2008.

                                  /s/ Garr M. King
                                  Garr M. King
                                  United States District Judge